**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUCINDA PORTER,**<br>        *Plaintiff,*<br><br>        **v.**<br><br>**DRIVEWAY FINANCE CORPORATION,**<br>        *Defendant.* | **Civil No. 25-4550** |

**ORDER**

**AND NOW**, this 24th day of February 2026, upon consideration of Plaintiff Lucinda Porter's Motion to Vacate the Arbitration Award (ECF No. 2) and Motion to Stay Enforcement of the Arbitration Award (ECF No. 3), and the response and replies thereto, it is hereby **ORDERED** as follows:

1. Porter's Motion to Vacate the Arbitration Award (ECF No. 2) is **DENIED** for the reasons stated in the accompanying Memorandum.

2. Porter's Motion to Stay Enforcement of the Arbitration Award (ECF No. 3) is **DENIED** as moot.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge